## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IAN ROSARIO-MONTANEZ,**<br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>Respondent. | **CRIM. NO. 96-001 (PG)** |

## MOTION REQUESTING AN EXTENSION OF TIME TO
## FILE RESPONSE PURSUANT TO LOCAL RULE 6

**TO THE HONORABLE COURT:**

The United States of America requests an extension of 15 days to file its response to DE 645 until September 2, 2020. In support thereof, the United States provides:

1. On August 4, 2020 Ian Rosario-Montanez moved for Reduction of Sentence – First Step Act (DE 645). The United States response is due August 18, 2020.

2. The undersigned has been actively completing and filing substantive responses in various matters pending before this Court with earlier deadlines. Considering the recent increased number of motions under 18 U.S.C. § 3582 and § 3583, the undersigned requests an extension of fifteen days to respond to defendant's motion. No prior extensions have been requested.

**WHEREFORE**, the United States respectfully requests that this Honorable Court grant until September 2, 2020, to file its response in this case.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, this August 17, 2020.

                                                              W. Stephen Muldrow
                                                              U.S. Attorney

                                                              /s/ B. Kathryn Debrason
                                                             Assistant United States Attorney
                                                             United States Attorney's Office
                                                             Torre Chardón, Ste. 1201
                                                             350 Carlos Chardón Ave
                                                             Hato Rey, PR 00918
                                                            Tel. (787) 766-5656
                                                            Fax (787) 771-4050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such filing to counsels of record. I have also mailed by United States Postal Service the document to the following non-CM/ECF participant:

                              Ian Rosario-Montanez
                              Reg. No. 12303-069
                                FCI Greenville
                                P.O. Box 5000
                              Greenville, IL  62246

                                                            /s/ B. Kathryn Debrason
                                                             Assistant United States Attorney